ENDORSED FILED
SUPERIOR COURT

OCT 0 3 2023

COWLITZ COUNTY
STACI MYKLEBUST. Clerk

**RECEIVED**

OCT 09 2023

**Lane Powell PC**

SUPERIOR COURT OF WASHINGTON FOR COWLITZ COUNTY

ANDREW D. HEADLEY,

      Plaintiff,

    v.

NIPPON   DYNAWAVE   PACKAGING
COMPANY, LLC, A FOREIGN LIMITED
LIABILITY COMPANY,

      Defendant.

No. 23 2 00985 08

SUMMONS

THE STATE OF WASHINGTON to the said:

    NIPPON DYNAWAVE PACKAGING COMPANY, LLC, A FOREIGN LIMITED LIABILITY COMPANY

A lawsuit has been started against you in the above-entitled Court by ANDREW D. HEADLEY, Plaintiff. Plaintiff's claim is stated in the written Complaint, a copy of which is served upon you with this Summons.

    In order to defend against this lawsuit, you must respond to the Complaint by stating your defense in writing, and by serving a copy upon the person signing this Summons within twenty (20) days after the service of this Summons or, if served upon you personally out of the state of Washington, then within sixty (60) days after the service of this Summons, excluding the day of service, or a default judgment may be entered against you without notice. A default judgment is one where Plaintiff is entitled to what they ask for because you have not responded. If you serve a notice of appearance on the undersigned attorney, you are entitled to notice before a default judgment may be entered.

    You may demand that the Plaintiff file this lawsuit with the Court. If you do so, the demand must be in writing and must be served upon the person signing this Summons. Within fourteen (14) days after you serve the demand, the Plaintiff must file this lawsuit with the Court, or the service on you of this Summons and Complaint will be void.

SUMMONS - PAGE 1

**Walstead Mertsching PS**
Civic Center Building, Third Floor
1700 Hudson Street
PO Box 1549
Longview, Washington 98632-7934
(360) 423-5220

If you wish to seek the advice of an attorney in this matter, you should do so promptly so that your written response, if any, may be served on time.

This Summons is issued pursuant to Rule 4 of the Superior Court Civil Rules of the state of Washington.

DATED this _____ day of October 2023.

_____
NICOLE TIDEMAN, WSBA #45260
Email: tideman@walstead.com
Of Attorneys for Plaintiff

SUMMONS - PAGE 2

Walstead Mertsching PS
Civic Center Building, Third Floor
1700 Hudson Street
PO Box 1549
Longview, Washington 98632-7934
(360) 423-5220

ENDORSED FILED
SUPERIOR COURT

OCT 0 3 2023

COWLITZ COUNTY
STACI MYKLEBUST, Clerk

**RECEIVED**

OCT 09 2023

Lane Powell PC

SUPERIOR COURT OF WASHINGTON FOR COWLITZ COUNTY

ANDREW D. HEADLEY,

          Plaintiff,

v.

NIPPON DYNAWAVE PACKAGING COMPANY, LLC, A FOREIGN LIMITED LIABILITY COMPANY,

          Defendant.

No. 23 2 00985 08

COMPLAINT FOR DAMAGES

JURY DEMAND

COMES NOW the Plaintiff, ANDREW D. HEADLEY, by and through his attorneys, WALSTEAD MERTSCHING PS, by NICOLE M. TIDEMAN, and for a claim against Defendant, states as follows

## I.    JURISDICTION AND VENUE

1.    ANDREW D. HEADLEY is and was at all times relevant hereto, residing in Cowlitz County, Washington.

2.    Defendant, NIPPON DYNAWAVE PACKAGING COMPANY, LLC, is a corporation organized under the laws of Delaware doing business in Cowlitz County.

3.    The above-entitled Court has jurisdiction over the parties and subject matter of this action.

## II.    FACTS

4.    Plaintiff was employed with Nippon Dynawave Packaging Company, LLC beginning October 11, 2021 in an entry production position at the Longview Liquid Packaging facility.

PAGE 1 OF COMPLAINT FOR DAMAGES

Walstead Mertsching PS
Civic Center Building, Third Floor
1700 Hudson Street
PO Box 1549
Longview, Washington 98632-7934
(360) 423-5220

5.     Plaintiff was represented by the Association of Western Pulp and Paper Workers (AWPPW).

6.     On or around December 14, 2021 Plaintiff suffered a significant injury at work.

7.     Plaintiff was injured by faulty equipment and was put out on an L&I claim for recovery.

8.     Plaintiff was off work due to the injury until on or around March 2022 when he returned to work on restricted duties.

9.     On or around April 7, 2022, Plaintiff was given an Employee Evaluation where he was criticized much more harshly than peers.

10.    On or around April 2022 Plaintiff was placed back off work due to ongoing problems with his hand and continued on leave for the L&I injury.

11.    On or around April 24, 2023, Plaintiff returned to work and felt a significant change in how he was treated by the employees and supervisors.

12.    Upon Plaintiff's return he informed Defendant that his wife was pregnant, and he would need to take time off work in October 2023 for the birth of his child and would be requesting FMLA.

13.    When Plaintiff returned to work, he was told that he would need additional training since it has been so long since he had been at work and was there for a short time prior to his injury.

14.    Plaintiff attempted to engage with more senior members of the crew but was ostracized and members of his team would simply walk away from him when he asked questions.

15.    On or around April 26, 2023, Plaintiff was attempting to assist a more senior member of the team with a machine issue.  Plaintiff was met with open hostility and was yelled at and had no choice but to step back.

16.    Plaintiff faced several challenges when he returned to work with open hostility from his supervisor and a team that was allowed to treat him poorly and continued to refuse to assist or help him. This included when he would request assistance or coverage on a task, yelling at him, spraying him with a high powered hose and refusing to offer him water that was offered to the rest of the crew.

17.    On or around May 3, 2023 Plaintiff was talked to by his shift supervisor about how when a senior

PAGE 2 OF COMPLAINT FOR DAMAGES

Walstead Mertsching PS
Civic Center Building, Third Floor
1700 Hudson Street
PO Box 1549
Longview, Washington 98632-7934
(360) 423-5220

operator asks him to do a task that he must obtain coverage prior to doing that task.  Plaintiff advised the shift supervisor that he was having difficulty with other employees.  No changes or action was taken.  One of the main individuals who was most hostile to Plaintiff was Matt Bailey.

18.    On or around May 3, 2023 an incident occurred with an employee, Matt Bailey.   Matt Bailey cursed out Plaintiff and yelled at him to "do his job."  Plaintiff followed standard operating procedure that all operators followed when loading the winder.

19.    On or around May 9, 2023, Plaintiff was called into the management office and informed that because Matt Bailey had reported Plaintiff to human resources and that Plaintiff was being terminated.

20.    Plaintiff was back at work after his L&I injury for only 16 calendar days before he was terminated.

### III. CLAIMS AND CAUSES OF ACTION

#### A.    FIRST CAUSE OF ACTION:  RETALIATION.

21.    Plaintiff realleges paragraphs 1 through 20 as if fully set forth herein.

22.    Plaintiff filed a claim with the Department of Labor and Industries.

23.    Plaintiff, upon returning from his L&I leave, was subjected to cruel and harsh behavior and treatment from his supervisors, fellow employees and management.

24.    Plaintiff returned from his L&I leave only 16 calendar days prior to his termination.

25.    Plaintiff was terminated in retaliation of exercising his rights and in violation of his statutory rights.  Defendant wrongly retaliated against Plaintiff by terminating his employment.

#### B.    SECOND CAUSE OF ACTION - WRONGFUL DISCHARGE IN VIOLATION OF PUBLIC POLICY.

26.    Defendant's conduct constitutes wrongful discharge in violation of public policy in that Defendant fired Plaintiff for retaliatory reasons for statutorily protected conduct.

#### C.    THIRD CAUSE OF ACTION - CLAIM FOR DISCRIMINATION (RCW 49.60)

27.    Defendant discharged Plaintiff from employment because of Plaintiff's medical disability in violation of RCW 49.60 et seq. and, in particular, RCW 49.60.180.

PAGE 3 OF COMPLAINT FOR DAMAGES

Walstead Mertsching PS
Civic Center Building, Third Floor
1700 Hudson Street
PO Box 1549
Longview, Washington 98632-7934
(360) 423-5220

D.    FOURTH CAUSE OF ACTION – FMLA INTERFERENCE AND RETALIATION

28.    Plaintiff intended to take parental leave as allowed by the Family Medical Leave Act.

29.    Defendant unlawfully interfered with Plaintiff's federally protected FMLA rights in violation of 29 U.S.C.A.

30.    Defendant's unlawful termination of Plaintiff's employment deprived Plaintiff of his rights under 29 U.S.C. §2601 *et seq.* and 29 U.S.C. §2615 *et seq.*

E.    FIFTH CAUSE OF ACTION -NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS.

31.    Defendant has negligently inflicted emotional distress upon Plaintiff.

### IV.    JURY DEMAND

32.    Plaintiff demands a trial by jury of all issues so triable.

### V.    DAMAGES

33.    By Defendant's above-mentioned acts and omissions, Plaintiff has directly and legally suffered damages including, but not limited to, substantial losses in earnings, other employment benefits, future earning capacity, and other losses not presently ascertained in an amount according to proof at the time of trial.

34.    As a further direct and legal result of Defendant's conduct, Plaintiff was caused to and did suffer and continues to suffer severe emotional and mental distress, anguish, humiliation, embarrassment, fright, mental and physical pain, discomfort and anxiety, all to his damage in an amount according to proof at the time of trial. Plaintiff does not know at this time the exact duration or permanence of such injuries is reasonably certain to be permanent in character.

35.    As a result of Defendant's conduct, as alleged above, Plaintiff is entitled to reasonable attorney's fees and/or costs of suit, in an amount according to proof at the time of trial.

36.    Pursuant to statutory authority Plaintiff is entitled to an award of costs and reasonable attorney's fees for having to bring this action to enforce his statutory rights.

PAGE 4 OF COMPLAINT FOR DAMAGES

Walstead Mertsching PS
Civic Center Building, Third Floor
1700 Hudson Street
PO Box 1549
Longview, Washington 98632-7934
(360) 423-5220

## VI.   REQUEST FOR RELIEF

WHEREFORE, Plaintiff, ANDREW D. HEADLEY, requests that judgment be entered against Defendant as follows:

1.      Awarding Plaintiff payment of wages owed;

2.      Awarding Plaintiff damages in an amount to be proven at trial;

3.      Awarding Plaintiff his statutory costs and attorney's fees pursuant to RCW 49.52 et seq., RCW 49.48 et seq., RCW 49.46 et seq., and/or 29 U.S.C. et seq.; 29 U.S.C. et seq.

4.      Awarding Plaintiff costs for emotional upset, stress and anxiety in an amount to be established at the time of trial;

5.      Awarding Plaintiff any additional statutory costs and attorney's fees as may be allowed by law;

6.      Awarding Plaintiff all pre-judgment and post-judgment interest as allowed by law;

7.      Awarding Plaintiff any additional relief which the Court deems equitable, appropriate, and/or just.

DATED: October Oct 2, 2023 , 2023

Andrew Headley (Oct 2, 2023 15:10 PDT)
ANDREW HEADLEY

DATED: October _____, 2023.

NICOLE TIDEMAN, WSBA #45260
Of Attorneys for Plaintiff
Email: tideman@walstead.com

PAGE 5 OF COMPLAINT FOR DAMAGES

Walstead Mertsching PS
Civic Center Building, Third Floor
1700 Hudson Street
PO Box 1549
Longview, Washington 98632-7934
(360) 423-5220

ENDORSED FILED
SUPERIOR COURT

OCT 0 3 2023

COWLITZ COUNTY
STACI MYKLEBUST, Clerk

**RECEIVED**

**OCT 09 2023**

**Lane Powell PC**

SUPERIOR COURT OF WASHINGTON FOR COWLITZ COUNTY

ANDREW D. HEADLEY,

             Plaintiff,

    v.

NIPPON DYNAWAVE PACKAGING
COMPANY, LLC, A FOREIGN LIMITED
LIABILITY COMPANY,

           Defendant.

No. 23 2 00985 08

REQUEST FOR JURY TRIAL
(12 Person)

The Plaintiff herewith elects to have a jury trial before a jury of twelve of all of the issues in this cause.

    DATED:  October _____, 2023.

                           _____
                           NICOLE TIDEMAN, WSBA #45260
                           Of Attorneys for Plaintiff
                           Email: tideman@walstead.com

Page 1 of REQUEST FOR JURY TRIAL

The undersigned states:  On this day, I caused a true and correct copy of this document to be served upon the person(s) listed below at their respective address and/or email address:

NIPPON DYNAWAVE PACKAGING COMPANY LLC
C/O LPSL CORPORATE SERVICES INC
1420 5TH AVE
STE 4200
SEATTLE, WA  98101-2375

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Signed at Longview, Washington, on this _____ day of October 2023.

_____
MEAGAN LEE LEVINS

PAGE 2 REQUEST FOR JURY TRIAL

Walstead Mertsching PS
Civic Center Building, Third Floor
1700 Hudson Street
PO Box 1549
Longview, Washington 98632-7934
(360) 423-5220