Sarah I. Hale, WSB 40241
Sarah.hale@ogletree.com
Kjersten Turpen, WSB 38012
Kjersten.turpen@ogletree.com
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
The KOIN Center
222 SW Columbia Street, Suite 1500
Portland, OR  97201
Telephone:    503-552-2140
Fax:            503-224-4518

ATTORNEYS FOR DEFENDANT
NIPPON DYNAWAVE PACKAGING COMPANY LLC

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WESTERN WASHINGTON

| | |
|---|---|
| ANDREW D. HEADLEY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NIPPON DYNAWAVE PACKAGING COMPANY LLC, a foreign business corporation,<br><br>Defendant. | Case No.:<br><br>**DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**<br><br>(FED. R. CIV. P. 7.1; LR 7.1-1) |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney of record

for Defendant Nippon Dynawave Packaging Co. LLC ("Nippon") certifies as follows:

1.  Nippon is a non-governmental, privately-held corporate party in the above-captioned

    action.

2.  Defendant Nippon's sole member is Nippon Paper ("Nippon Paper") Industries USA Co.,

    Ltd., a Washington corporation.  Nippon Paper is a wholly owned subsidiary of Nippon

    Paper Industries, Ltd., a publically traded company.

1 –
DEFENDANT'S RULE 7.1 CORPORATE
DISCLOSURE STATEMENT

Dated:  November 8, 2023.

                                        **OGLETREE, DEAKINS, NASH, SMOAK &**
                                        **STEWART, P.C.**


                                        By:    /s/ Sarah I. Hale
                                               Sarah I. Hale, WSB No. 40241
                                               Sarah.hale@ogletree.com
                                               Kjersten Turpen, WSB No. 38012
                                               Kjersten.turpen@ogletree.com

2 – DEFENDANT'S RULE 7.1 CORPORATE          OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
DISCLOSURE STATEMENT                                            The KOIN Center
                                            222 SW Columbia Street, Suite 1500 | Portland, OR 97201
                                                     Phone:  503-552-2140 | Fax: 503-224-4518

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2023, I served the foregoing DEFENDANT'S CORPORATE DISCLOSURE STATEMENT on:

| |
|---|
| Nicole Tideman<br>Walstead Mertching<br>1700 Hudson Street, 3rd floor<br>Longview, WA 98632<br><br>Email: tideman@walstead.com |

■    by **electronic** means through the Court's eFile and Serve system.

☐    by **mailing** a true and correct copy to address for the persons listed above.

☐    by causing a true and correct copy to be **hand-delivered** to the address of each person listed above.  It was contained in a sealed envelope and addressed as stated above.

☐    by causing a true and correct copy to be delivered **via overnight courier** to the last known address of each person listed above.  It was contained in a sealed envelope, with courier fees paid, and addressed as stated above.

☐    by **e-mailing** a true and correct copy to the persons listed above.


 /s/Sierra Tolbirt
Sierra Tolbirt, Practice Assistant
Sierra.tolbirt@ogletree.com

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
The KOIN Center
222 SW Columbia Street, Suite 1500 | Portland, OR 97201
Phone:  503-552-2140 | Fax: 503-224-4518